IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AROR-ARK O'DIAH,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE WILLIAM DUANE BENTON, JUDGE KENT A. JORDAN, JUDGE RONALD LEE GILMAN, JUDGE TREVOR NEIL MCFADDEN, SEARS ROEBUCK AND COMPANY, LIBERTY MUTUAL INSURANCE, NASSAU COUNTY, PORT AUTHORITY POLICE OFFICER THOMAS EDDINGS, PORT AUTHORITY OF NEW YORK AND NEW JERSEY, COMMISSIONER KENNETH LIPPER AND SUPERINTENDENT/DIRECTOR MICHAEL A. FEDORKO, ACTING COMMISSIONER ANTHONY J. ANNUCCI, AND NEW YORK STATE, DISTRICT ATTORNEY RICHARD BROWN AND NEW YORK CITY, JUDGE ARTHUR COOPERMAN, JUDGE RANDALL ENG, JUDGE SANDRA J. FEUERSTEIN, JUDGE DENIS JACOBS, COURT CLERK CATHERINE O'HAGAN WOLF, ACTING DIRECTOR AND CONSUMER FINANCIAL PROTECTION BUREAU, UNITED STATES DEPARTMENT OF STATE, CEO MEGAN J. BRENNAN AND INSPECTOR GENERAL FOR THE UNITED STATES POSTAL SERVICE AND THE UNITED STATES POSTAL SERVICE, INTERNAL REVENUE SERVICE COMMISSIONER JOHN KOSKINEN AND INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES DEPARTMENT OF EDUCATION, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, KINGS COUNTY HOSPITAL CENTER, QUEENS HOSPITAL CENTER, ELMHURST HOSPITAL CENTER, EXECUTIVE DIRECTOR HENCH AND DIRECTOR KOLLER LEE | No. C 19-01854 WHA<br><br>**JUDGMENT** |

AND THE STATE OF PENNSYLVANIA, HERTZ
CORPORATION RENT A CAR, JERRY OLIK MARK
AND HEREFORD INSURANCE COMPANY, USMAN
PASHA AND LT WHEELS AND BECKMAN COULTER
INC., UNITED PARCEL SERVICE, HEWLET-PACKARD
a/k/a HP, JP MORGAN CHASE & CO. a/k/a JP MORGAN
CHASE CORPORATE a/k/a CHASE BANK, WESTERN
UNION, STAPLES STORE #0065 a/k/a STAPES, INC.
a/k/a STAPLES CORPORATION, STEPHEN BILKIS AND
MEIR MOZA,

        Defendants, Named and Sued in their individual and in their Official Capacities.

For the reasons stated in the accompanying order re motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff AROR-ARK O'DIAH. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 14, 2019

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE