IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AROR-ARK O'DIAH,

    Plaintiff,

  v.

JUDGE WILLIAM DUANE BENTON, *et al.*,

    Defendants.

No. C 19-01854 WHA

**ORDER RE *IN FORMA PAUPERIS* STATUS ON APPEAL**

Our court of appeals has referred this matter to the undersigned judge for the limited purpose of determining whether *in forma pauperis* status should continue for *pro se* plaintiff Aror-Ark O'Diah (Dkt. No. 34). A prior order granted plaintiff's IFP application and screened his complaint under 28 U.S.C. § 1915(e)(2)(B), holding that the complaint failed to state a claim for relief (Dkt. No. 10). Specifically, that order found that (*id*. at 3–4):

> plaintiff thr[ew] a wide net, naming dozens of defendants, including federal judges, the United States Department of State, the United States Postal Service, the Consumer Financial Protection Bureau, the Internal Revenue Service, United Parcel Service, Hewlett-Packard, Chase Bank, Staples Store, Western Union, such disparate individuals as a driver who allegedly hit plaintiff with his car, and health providers in several locations where plaintiff sought treatment on multiple occasions. The allegations [we]re inter-woven between unconnected defendants over nearly two decades. In the 146 sequentially-numbered paragraphs of the complaint, not a single viable legal claim [was] plainly alleged, and no defendant reasonably could [have been] expected to prepare a proper response to th[e] pleading[.]

Under Section 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." "[G]ood faith is established by the

presentation of any issue that is not plainly frivolous." *Ellis v. United States*, 356 U.S. 674, 674 (1958); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). A complaint is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The term "frivolous" "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Ibid*.

Here, plaintiff's complaint and notices of appeal are replete with fanciful allegations of conspiracies (*see* Dkt. Nos. 10 at 2; 16 at 4; 30 at 2), and the complaint lacks any arguable basis in law or in fact. This order thus reiterates that the complaint is frivolous. Accordingly, this order **CERTIFIES** that plaintiff's appeal is not taken in good faith within the meaning of Section 1915(a)(3) and thereby **REVOKES** plaintiff's *in forma pauperis* status on appeal. The Clerk shall please notify the United States Court of Appeals for the Ninth Circuit of this order.

**IT IS SO ORDERED.**

Dated: September 26, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2